IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06224-MCF |
| JUAN CARLOS PRADO NICASIO<br>Debtor(s) | Chapter 13 |
| BANCO POPULAR DE PUERTO RICO<br>Plaintiff | ADVERSARY NO. 19-0462-MCF |
| vs. | |
| JUAN CARLOS PRADO NICASIO<br>Defendant(s) | FILED & ENTERED ON APR/22/2020 |

PARTIAL JUDGMENT

    Upon the Order Approving the Stipulation filed by Debtor and Banco Popular de Puerto Rico on April 21, 2020 (docket # 18).

    ADJUDGED AND DECREED that partial judgment be and its hereby entered in the instant adversary proceeding according to the Stipulation (docket #15), filed with the Court on February 28, 2020.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 22nd day of April, 2020.

_____
María de los Angeles González, Esq.