# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO
# Minute Entry

## *Hearing Information:*

**Debtor**: JUAN CARLOS PRADO NICASIO
**Case Number:** 19-06224 MCF    **Chapter:** 13
**Adversary Number**: 19-00462-MCF
**Date / Time / Room**: 05/27/2020 09:00 am
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: ED BUJOSA
**Reporter / ECR**: GRACIELA MUNIZ

## *Matter:*

INITIAL SCHEDULING CONFERENCE

## *Appearances:*

Ada M. Conde on behalf of Debtor/Plaintiff

## *Minutes of Proceedings:*

**ORDER**:

The Plaintiff is ordered, within seven (7) days, to file evidence of having served the summons on time to the Co-defendants Dionisio Benitez Rodriguez, Ferreteria Montalvo, Inc. and to Marilin Prado. If the evidence of service of summons is not filed, the Plaintiff shall move the Court for issuance of new summons.

**/s/MILDRED CABAN FLORES**
**U.S. Bankruptcy Judge**