IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 19-06224-MCF13
                                          Chapter 13
JUAN CARLOS PRADO NICASIO


              Debtor(s)                   ADVERSARY NUMBER: 19-00462-MCF

JUAN CARLOS PRADO NICASIO

              Plaintiff(s)

FERRETERIA MONTALVO, INC.;

MARILIN PRADO;                                FILED & ENTERED ON JUN/10/2020

DIONISIO BENITEZ RODRIGUEZ;

BANCO POPULAR DE PUERTO RICO


              Defendant(s)


                                ORDER


        The Plaintiff is ordered to show cause within 14 days why the court should
not impose sanctions for failure to comply with the court's order on Docket No.
24. The Plaintiff has also not moved for entry of default against the Defendants.

        IT IS SO ORDERED.

        In San Juan, Puerto Rico, this 10 day of June, 2020.


                                          Mildred Caban
                                          Mildred Caban Flores
                                          United States Bankruptcy Judge