IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06224-MCF13 |
| JUAN CARLOS PRADO NICASIO | Chapter 13 |
| Debtor(s) | ADVERSARY NUMBER: 19-00462-MCF |
| JUAN CARLOS PRADO NICASIO | |
| Plaintiff(s) | |
| FERRETERIA MONTALVO, INC. | |
| MARILIN PRADO NICASIO | |
| DIONISIO BENITEZ RODRIGUEZ | FILED & ENTERED ON FEB/11/2021 |
| JOSE CARRION MORALES | |
| Defendant(s) | |

ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: MARILIN PRADO NICASIO

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Plaintiff shall move for default judgment within twenty-one (21) days from entry of default.

In San Juan, Puerto Rico, this 11 day of February, 2021.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: Marta Borrego
Deputy Clerk

Date: February 11, 2021