IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**JUAN CARLOS PRADO NICASIO**<br>    Debtor | **CASE NO. 19-06224 MCF**<br>CHAPTER 13 |
| **JUAN CARLOS PRADO NICASIO**<br>Plaintiff<br>Vs.<br>**DIONISIO BENITEZ RODRÍGUEZ ALSO D/B/A FERRETERÍA MONTALVO;**<br>**FERRETERÍA MONTALVO INC.**<br>**MARILIN PRADO NICASIO**<br>**BANCO POPULAR DE PUERTO RICO**<br>Defendants | ADVERSARY NO. 19-462 |

**SECOND MOTION FOR SHORT EXTENSION OF TIME TO COMPLY WITH ORDER**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, through the undersigned attorney and very respectfully **STATES** and **PRAYS** as follows:

1.    This Honorable Court ordered to address the issues and inform the status of the discovery between the parties.

2.    We requested previously a short period of time to comply, until June 15, 2021 due to experiencing during the past two weeks electricity shutdowns also affecting the internet service and other essential services.

3.    We are requesting an additional short period of time, until June 18, 2021 because we have been without electricity since the weekend and unable to work properly including the documents review for the attorney for defendant.

**WHEREFORE**, it is respectfully requested to this Honorable Court to take notice of the information herein stated, grant this Motion and allow until June 18, 2021 to comply with this Honorable Court Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 15, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to attorney and Lyssette Morales Vidal, Esq.. I further certify that I have served this document by electronic means to the CM/ECF participants and or a true and correct copy by regular mail to the non CM/ECF participants and to all creditors and parties with interest.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this June 15, 2021.

/s/ *Ada M. Conde*
ADA M. CONDE, ESQ.
USDCPR 206209
Law and Justice for All, Inc.
PO Box 13268, San Juan, PR 00908-3268
Tel: 787-721-0401
1611lawandjustice@gmail.com