# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**JUAN CARLOS PRADO NICASIO**<br>Debtor | **CASE NO. 19-06224 MCF**<br>CHAPTER 13 |
| **JUAN CARLOS PRADO NICASIO**<br>Plaintiff<br>Vs.<br>**DIONISIO BENITEZ RODRÍGUEZ ALSO D/B/A FERRETERÍA MONTALVO;**<br>**FERRETERÍA MONTALVO INC.**<br>**MARILIN PRADO NICASIO**<br>**BANCO POPULAR DE PUERTO RICO**<br>Defendants | ADVERSARY NO. 19-462 |

## MOTION TO INFORM COMPLIANCE

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, through the undersigned attorney and very respectfully **STATES** and **PRAYS** as follows:

1. We inform that we have addressed the matters and provided the documents pending in the discovery as per stated by sister counsel Lissette Morales in her letter of April 2, 2021.

2. All the documents have been provided by electronic mail thru nine (9) emails.

3. The only documents pending are some bank statements and rent receipts that will be provided on or before the next fifteen (15) days.

**WHEREFORE**, it is respectfully requested to this Honorable Court to take notice of the compliance with this Honorable Court Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 22, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to attorney and Lyssette Morales Vidal, Esq.. I further certify that I have served this document by electronic means to the CM/ECF participants and or a true and correct copy by regular mail to the non CM/ECF participants and to all creditors and parties with interest.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this June 22, 2021.

/s/*Ada M. Conde*
ADA M. CONDE, ESQ.
USDCPR 206209
Law and Justice for All, Inc.
PO Box 13268, San Juan, PR 00908-3268
Tel: 787-721-0401
1611lawandjustice@gmail.com