IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> JUAN CARLOS PRADO NICASIO <br><br> Debtor(s) <br> JUAN CARLOS PRADO NICASIO <br> Plaintiff(s) <br> FERRETERIA MONTALVO, INC. <br> MARILIN PRADO <br> DIONISIO BENITEZ RODRIGUEZ <br><br> Defendant(s) | CASE NO. 19-06224-MCF13 <br> Chapter 13 <br><br> ADVERSARY NUMBER: 19-00462-MCF <br><br> FILED & ENTERED ON SEP/15/2021 |

ORDER

The motion requesting voluntary dismissal of the adversary proceeding filed by Plaintiff, Juan Carlos Prado Nicasio (docket #81) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of September, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge