IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN CARLOS PRADO NICASIO
        Debtor(s)

JUAN CARLOS PRADO NICASIO
        Plaintiff(s)

V.

FERRETERIA MONTALVO, INC.
MARILIN PRADO
DIONISIO BENITEZ RODRIGUEZ
        Defendant(s)

CASE NO. 19-06224-MCF13

Chapter 13

ADVERSARY NUMBER: 19-00462-MCF

**JUDGMENT**

    Upon the order entered by the Honorable Mildred Caban Flores on September 15, 2021, voluntarily dismissing the adversary proceeding (Docket No. 82), it is now

    ADJUDGED AND DECREED that judgment be and is hereby entered voluntarily dismissing the above captioned adversary proceeding.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 16th day of September, 2021.

MARIA DE LOS ANGELES GONZALEZ
CLERK, U.S. BANRKRUPTCY COURT